```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  BOYD COLE, STEVEN COLE, and        No. 2:05-cv-2609-MCE-GGH
    KAREN ALVISO,
12
             Plaintiffs,
13
        v.
14
    MERCK & CO., INC. and
15  MCKESSON CORPORATION,
16           Defendants.
                                    /
17
    GARY T. FREEMAN,                   No. 2:06-cv-0477-GEB-PAN
18
             Plaintiff,
19
        v.
20
    MERCK & CO., INC. and
21  MD BRADLEY BLANKENSHIP,
22           Defendants.
                                     /
23
24      The Court has received the Notice of Related Cases
25  concerning the above-captioned cases filed.  See Local Rule 83-
26  123, E.D. Cal. (1997).  The Court has determined, however, that
27  it is inappropriate to relate or reassign the cases, and
28  therefore declines to do so.
```

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: April 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE