IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY T. FREEMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>MERCK & COMPANY, INC., and<br>BRADLEY BLANKENSHIP, M.D.,<br><br>                Defendants. | 2:06-cv-0477-GEB-PAN(JFM)<br><br>ORDER |

       Presently, a hearing is scheduled for May 22, 2006, on Defendant Merck's ("Defendant") motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on whether this action should be transferred to Multidistrict Litigation proceeding No. 1657 ("MDL-1657").  Since this action was included in the MDL Panel's May 2, 2006, Conditional Transfer Order and could be transferred to MDL-1657, judicial economy is served by deferring consideration of the pending motion.  Accordingly, the hearing on the motion is continued to September 18, 2006, at 9:00 a.m. The Scheduling Conference set for June 19, 2006, is vacated.

1  Defendant shall file a status report no later than August 21, 2006, in
2  which it shall only explain the status of its effort to transfer this
3  action to MDL-1657.
4          IT IS SO ORDERED.
5  Dated:  May 18, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge